# In the United States Court of Federal Claims

No. 19-1961 C
Filed: March 12, 2020

**KIEWIT INFRASTRUCTURE
WEST CO.**
      **Plaintiff**

v.   **JUDGMENT**

**THE UNITED STATES**
      **Defendant**

    Pursuant to the court's Memorandum Opinion, filed March 11, 2020, and Order, also filed March 11, 2020, granting plaintiff's motion for judgment on the administrative record, denying defendant's cross-motion for judgment on the administrative record,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that judgment is entered in favor of plaintiff as follows:

    (a)    National Guard Bureau's August 22, 2019, cancellation of the invitation for bids in solicitation W912JV19B7001 is set aside as invalid; and

    (b)    the defendant is permanently enjoined from relying on the invalid cancellation to award the contract.

    No costs.

                                                        Lisa L. Reyes
                                                        Clerk of Court

                              By:    s/ Debra L. Samler

                                                         Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>. Filing fee is $505.00.